JORDAN S. ALTURA (SBN: 209431)
jaltura@maynardnexsen.com
ADELLE GREENFIELD (SBN: 301514)
agreenfield@maynardnexsen.com
**MAYNARD NEXSEN LLP**
201 California Street, Suite 400
San Francisco, California 94111
Telephone: (415) 704-7433
Facsimile: (205) 254-1999

Attorneys for Defendant
STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA WU<br><br>Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY,<br><br>Defendant. | Case No. 4:25-cv-11096-JST<br><br>**[~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the stipulation of the parties and Federal Rule of Civil Procedure 41(a), the above-entitled action is hereby dismissed with prejudice in its entirety, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: September 23, 2026

The Honorable Jon S. Tigar
United States District Judge